## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON TAYLOR, | : | Civil No. 3:17-cv-1 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT JUDGE JAMES A. DENKER, | : | |
| et al., | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _11th_ day of January, 2017, in accordance with the

Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.  The application (Doc. 2) to proceed *in forma pauperis* is **GRANTED** for the

    sole purpose of the filing of this action.

2.  The complaint (Doc. 1) is **DISMISSED** without prejudice.

3.  The Clerk of Court is directed to **CLOSE** this case.

4.  Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See*

    28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge